IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELANEY BARNES,

    Petitioner,      No. CIV S-08-2344 MCE DAD P

  vs.

BOARD OF PRISON TERMS,

    Respondent.      <u>ORDER</u>

_____/

       On January 15, 2009, the court directed the Clerk of the Court to refile petitioner's amended petition in his earlier filed case, Case No. CIV S-08-2021 EFB P, and close this action. Petitioner has since filed a request for clarification on which of his actions is closed as well as a request for discovery and a request for a hearing. Petitioner is advised that this action is closed. Any requests for relief should be filed in Case No. CIV S-08-2021 EFB P. No orders will issue in response to future filings.

       IT IS SO ORDERED.

DATED: March 27, 2009.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
barn2344.158